W. L. FARQUHARSON, *Appellant*, v. J. E. LIGHTNER, *Appellee.*

No. 18,101.

Appeal from Sedgwick district court, division No. 1. Opinion filed April 12, 1913.   Affirmed.

*Ross C. McCormick, John W. Blood,* and *George McGill,* all of Wichita, for the appellant.

*John W. Adams,* and *George W. Adams,* both of Wichita, for the appellee.

*Per Curiam:* The order of the district court granting a new trial is affirmed in accordance with the well-settled rule.  (*Murray v. Railway Co.*, 87 Kan. 750, 125 Pac. 45; *Putnam v. King,* 87 Kan. 842, 126 Pac. 1093; *Bourquin v. Railway Co.*, 88 Kan. 183, 127 Pac. 770; and cases cited in these opinions.)

---

T. F. GARNER, *Appellant*, v. A. M. HORNER, *Appellee.*

No. 18,110.

Appeal from Ford district court.   Opinion filed April 12, 1913.   Affirmed.

*Robert Garvin,* of St. John, and *Francis C. Price,* of Ashland, for the appellant.

*Thomas A. Scates, Albert Watkins,* both of Dodge City, and *Charles C. Calkin,* of Kingman, for the appellee.

*Per Curiam:* The judgment appealed from is for a balance found to be due upon an accounting between partners.  No error is alleged except in the findings of fact.  These findings appear to be sustained by competent evidence, and therefore will not be set aside.

The judgment is affirmed.